No. 376. FIREMEN'S INSURANCE CO. *v.* CONWAY, SUPERINTENDENT OF INSURANCE.

Argued January 7, 1929. Decided January 14, 1929. *Per Curiam:* Affirmed on the authority of *Meccano, Ltd.,* v. *Wanamaker,* 253 U. S. 136, 141; *Chicago, Great Western Ry.* v. *Kendall,* 266 U. S. 94, 100; *Foster-Fountain Packing Co.* v. *Haydel, ante,* p. 1. *Mr. John W. Davis,* with whom *Mr. Wendell P. Barker* was on the

brief, for appellant. *Mr. Henry S. Manley*, with whom *Messrs. Albert Ottinger, Hamilton Ward*, and *Claude T. Dawes* were on the brief, for appellee.